No. 815.   DARLINGTON *v.* STUDEBAKER-PACKARD CORP. C. A. 7th Cir.   Certiorari denied.   *Owen W. Crumpacker* for petitioner.   *Wayne B. Easton* for respondent.

No. 816.   GULF OIL CORP. *v.* INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL No. 715, AFL-CIO. C. A. 5th Cir.   Certiorari denied.   *Chas. J. Murray, David W. Stephens* and *David T. Searls* for petitioner.

No. 822.   ERRINGTON *v.* MISSOURI EX REL. COLLET, PROSECUTING ATTORNEY.   Supreme Court of Missouri. Certiorari denied.   *Robt. M. Murray* for petitioner. *Phineas Rosenberg* for respondent.

No. 844.   WEIN *v.* CALIFORNIA.   Supreme Court of California.   Certiorari denied.   *Russell E. Parsons* and *Richard Gladstein* for petitioner.

No. 470, Misc.   KENDALL *v.* RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied. Petitioner *pro se.*   *Latham Castle,* Attorney General of Illinois, for respondent.

No. 504, Misc.   GRESSETTE *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 537, Misc.   CLARK *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.   Petitioner *pro se.*   *Latham Castle,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.